IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil File No.: 4:20-CV-14-FL

| ANTHONY HICKS | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ALLOWING |
| | ) | MANUAL FILING |
| CITY OF KINSTON, NORTH CAROLINA; | ) | |
| BRANDON WELLS; MATTHEW AKIN; | ) | |
| TYLER WILLIAMS; DARRION MARTIN; | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is Defendants' unopposed Motion For Leave to File Certain Exhibits Manually. Finding good cause exists pursuant to the United States District Court for the Eastern District of North Carolina's Electronic Case Filing Administrative Policies and Procedures Manual Section V.A.2.(b) because the exhibits are not capable of being electronically filed, Defendants' Motion for Leave to File Certain Exhibits Manually is hereby GRANTED.

SO ORDERED, this 20th day of September, 2021.

*/s/ Louise W. Flanagan*
The Honorable Louise W. Flanagan
United States District Judge