UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ANTHONY FITZGERALD HICKS )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF KINSTON, NORTH CAROLINA )<br>BRANDON WELLS, MATTHEW AKIN, )<br>TYLER WILLIAMS, and DARRION )<br>MARTIN )<br>        Defendants ) | **JUDGMENT**<br>No. 4:20-CV-14-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion for summary judgment, motion in limine and plaintiff's motion for sanctions.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 31, 2022, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on August 31, 2022, and Copies To:**
J. Michael Malone (via CM/ECF Notice of Electronic Filing)
Gabriel Du Sablon / James P. Cauley, III (via CM/ECF Notice of Electronic Filing)

August 31, 2022                  PETER A. MOORE, JR., CLERK

                                                /s/ Sandra K. Collins
                                                (By) Sandra K. Collins, Deputy Clerk